1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. GAAB
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone: (559) 498-7316
5
   Attorneys for Defendant
6

7             IN THE UNITED STATES DISTRICT COURT FOR THE

8                    EASTERN DISTRICT OF CALIFORNIA

9
   SHARON GARRETT,                )   1:05-cv-0821 DLB
10                                 )
              Plaintiff,           )   STIPULATION AND ORDER TO
11                                 )   EXTEND TIME
              v.                   )
12                                 )
   JO ANNE B. BARNHART,            )
13 Commissioner of Social          )
   Security,                       )
14            Defendant.           )
   _____)
15
        The parties, through their respective counsel, stipulate
16
   that the time for filing defendant's response to plaintiff's
17
   confidential letter brief be extended from December 19, 2005 to
18
   January 18, 2006.
19
   //
20
   //
21
   //
22
   //
23
   //
24
   //
25
   //
26
27

28
                                   1

This is defendant's first request for an extension of time to file a response to plaintiff's confidential letter brief. Defendant needs additional time to further review the file and prepare a response in this matter.

Respectfully submitted,

Dated: December 21, 2005    /s/ Stuart Barasch
                            (As authorized via facsimile)
                            STUART BARASCH
                            Attorney for Plaintiff

Dated: December 21, 2005    McGREGOR W. SCOTT
                            United States Attorney

                            /s/ Kimberly A. Gaab
                            KIMBERLY A. GAAB
                            Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:    December 22, 2005**                **/s/ Dennis L. Beck**
3b142a                                       UNITED STATES MAGISTRATE JUDGE

2