```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KIMBERLY A. GAAB
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone: (559) 498-7316
 5
    Attorneys for Defendant
 6

 7
                  IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                        EASTERN DISTRICT OF CALIFORNIA
 9

10  SHARON GARRETT,              )   1:05-cv-0821 DLB
                                 )
11             Plaintiff,        )
                                 )   STIPULATION AND ORDER
12        v.                     )   FOR REMAND PURSUANT TO
                                 )   SENTENCE FOUR OF 42 U.S.C.
13  JO ANNE B. BARNHART,         )   § 405(g), and
    Commissioner of Social       )
14  Security,                    )   REQUEST FOR ENTRY OF JUDGMENT
                                 )   IN FAVOR OF PLAINTIFF AND
15             Defendant.        )   AGAINST DEFENDANT
    _____)
16
```

   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

   On remand, the Appeals Council will instruct an Administrative Law Judge ("ALJ") to obtain supplemental vocational expert evidence at step 5 of the sequential evaluation process. In so doing, the Appeals Council will direct the ALJ to ask the vocational expert if his or her testimony is consistent with the DOT, pursuant to SSR 00-4p.

   ///

Furthermore, because the plaintiff has filed a subsequent application (which was denied at the State agency reconsideration level on December 9, 2005), the Appeals Council will further direct that the ALJ to consolidate the claims.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff, and against defendant, Jo Ann B. Barnhart, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: January 18, 2006        /s/ Stuart Barasch
                               (As authorized via facsimile)
                               STUART BARASCH
                               Attorney for Plaintiff

Dated: January 19, 2006        McGREGOR W. SCOTT
                               United States Attorney

                               /s/Kimberly A. Gaab
                               KIMBERLY A. GAAB
                               Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   January 20, 2006**              **/s/ Dennis L. Beck**
3c0hj8                                  UNITED STATES MAGISTRATE JUDGE